IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SHARON S. COX,                          )
                                        )
                                        )
                                        )
            Plaintiff,                  )
                                        )
                                        )
    v.                                  )
                                        )   No. 1:04cv476
                                        )
DONALD H. RUMSFELD, SECRETARY,          )
DEPARTMENT OF DEFENSE,                  )
                                        )
                                        )
                                        )
            Defendant.                  )

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, defendant's Motion For Summary Judgment is GRANTED; and it is hereby

ORDERED that judgment be and is entered in defendant's favor.

Plaintiff has a right to appeal this decision.  Under Fed. R. App. P. 3 and 4, she must file a written Notice of Appeal with the Clerk of this Court no later than sixty (60) days from the date of this Order.  Failure to file a timely appeal waives the right to review of this decision.

The Clerk is directed to enter judgment in favor of the defendant pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to counsel of record and the pro se plaintiff, Sharon S. Cox.

Entered this 10th day of May, 2005.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia